IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************

**UNITED STATES OF AMERICA**

v.

**EZELL HICKS, JR.,**

**Defendant**
*****************************

Criminal Action No.
09-CR-_263_ (DNH)

**I N D I C T M E N T**

VIO:   18 U.S.C. § 922(g)(1)

U.S. DISTRICT COURT - N.D.
**FILED**
APR 30 2009
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk

### THE GRAND JURY CHARGES:

### COUNT 1

On or about March 23, 2009, in the Northern District of New York, the defendant,

**EZELL HICKS, JR.,**

having been convicted of a crime punishable by a term of imprisonment exceeding one year, that being a

conviction in Onondaga County Court in 2005 for the New York State felony crime of Criminal

Contempt in the First Degree, knowingly possessed in and affecting interstate commerce a firearm,

specifically a Mossberg, model 346B, .22 caliber rifle, manufactured in Connecticut, and received said

firearm, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Date:   April 30, 2009

_____
/Foreperson

ANDREW T. BAXTER
United States Attorney

By:   _____
Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035